FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAUN STEPHEN MURRELL, Caesar Magnanomous Sovereign Emperor,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF TRUST REGION 18 and TRUSTEES OF THE LIVING PUBLIC TRUST,<br><br>Defendant. | NO. 2:26-CV-0046-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the Court's Order of Dismissal with Leave to Amend (ECF No. 9). The Court has reviewed the record and files herein and is fully informed. On March 5, 2026, the Court dismissed Plaintiff's claims for failure to state a claim, without prejudice, and granted leave to amend within thirty days of the Order. ECF No. 9. Plaintiff, proceeding *pro se*, was provided details for amendment and cautioned that failure to amend within thirty days of the Order will result in the dismissal of the entirety of his case. ECF No. 9 at 15-16.

The deadline passed and there have been no further filings. Plaintiff failed to timely amend his complaint and the Court must assume that his failure to do so is an abandonment of this litigation.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Case (ECF No. 1) is **DISMISSED** in its entirety.

The District Court Executive is directed to enter this Order, enter Judgment of Dismissal, furnish a copy to Plaintiff, and **CLOSE** the file.

DATED August 19, 2026.

THOMAS O. RICE
United States District Judge