AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2026

SEAN F. McAVOY, CLERK

SHAUN STEPHEN MURRELL,
Caesar Magnanomous Sovereign Emperor
*Plaintiff*

v.

OFFICE OF TRUST REGION 18 and TRUSTEES OF THE LIVING PUBLIC TRUST
*Defendant*

Civil Action No. 2:26-CV-0046-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Plaintiff's Case (ECF No. 1) is DISMISSED in its entirety

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 8/19/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*